No. 518. McGoldrick, Comptroller, et al. *v.* Carter & Weekes Stevedoring Co.; and

No. 519. McGoldrick, Comptroller, et al. *v.* John T. Clark & Son. March 1, 1946. Joseph, present Comptroller, and Young, present Treasurer, substituted as parties petitioner on motion of *Isaac C. Donner,* counsel for the petitioners.

No. 95, Misc. McMahan *v.* Clark, Attorney General. March 4, 1946. The motion for leave to file a petition for writ of habeas corpus is denied.

No. 803. Akin *v.* United States et al. March 11, 1946. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *T. S. Christopher* and *A. B. Culbertson* for appellant. *Solicitor General McGrath* and *Daniel W. Knowlton* for appellees.

No. 817. Hartshorn *v.* Kuzmier et al. March 11, 1946. *Per Curiam:* The appeal is dismissed for want of a properly presented substantial federal question.

No. 74, Misc. Lopez *v.* United States. March 11, 1946. The motion for leave to file a petition for writ of certiorari is denied. Petitioner *pro se.* *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 97, Misc. Factor *v.* Humphrey, Warden; and No. 99, Misc. McDonald *v.* Hunter, Warden. March